UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

IN ADMIRALTY

IN THE MATTER OF THE COMPLAINT
OF YOSHIMI LOGAN, AS OWNER, AND
EUGENE ISSACS, AS OWNER PRO HAC
VICE OF THE 2001 21' SEA RAY BOATS,    Case No: 2:15-cv-405-FtM-99CM
VESSEL (HULL INDENTIFICATION
NO. SERV2278H001), ITS ENGINES,
TACKLE, APPURTENANCES, EQUIPMENT,
ETC., IN A CAUSE OF EXONERATION FROM
OR LIMITATION OF LIABILITY
_____

### ORDER APPROVING *AD INTERIM* STIPULATION, NOTICE OF MONITION AND INJUNCTION

A Complaint has been filed herein by Petitioners, YOSHIMI LOGAN, as owner, and EUGENE ISAACS, as owner *pro hac vice*, of the 2001 21' SEA RAY BOATS VESSEL (hull identification number SERV2278H001) (the "Vessel"). Petitioners are claiming the benefits of exoneration from or limitation of liability as provided for in the Act of Congress embodied in 46 U.S.C. § 30501, *et. seq.*, together with all statutes supplementary thereof, and Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure. Petitioners also are contesting liability independently of the limitation of liability claim under said Act for any loss, damage, personal injuries, or destruction of property or other occurrences arising from the incident described in said Complaint, which occurred on or about January 5, 2015 on the navigable waters of the United States, in Bonita Springs, Lee County, Florida. Petitioner's Complaint also states the facts and circumstances on which such exoneration from or limitation of liability

is claimed; and on hearing counsel for Petitioners and on considering the Complaint and Declaration of Value, which are on file herein, and considering Petitioners are able and willing to make such increases or decreases in the *Ad Interim* Stipulation, together with adequate surety as the Court may from time to time require and the value of Petitioners' interest in the Vessel can be more definitely ascertained, the Court finds that am *Ad Interim* Stipulation in the amount of $2,000.00 fully covers the value of Petitioners' interest in the Vessel, together with her engines, tackles, appurtenances, etc.

NOW, on motion of Hamilton, Miller & Birthisel, LLP, Attorneys for Petitioners, it is hereby

**ORDERED** that the *Ad Interim* Stipulation filed by Petitioners herein, which represents the value of Petitioners' interest in the Vessel and her pending freight, as fixed by the Court herein the amount of $2,000.00 with Petitioners being subject to such increases in the amount of such *Ad Interim* Stipulation, together with adequate surety, as the Court may from time to time order according to the rules and practices of this Court, be and is hereby **APPROVED**.   It is further

**ORDERED** that if the amount of said *Ad Interim* Stipulation is not contested by any Claimant herein, said *Ad Interim* Stipulation shall stand as a stipulation for the value and an appraisal by a Commissioner will not be required; and

**IT IS FURTHER ORDERED AND ADJUDGED** that the Notice of Monition filed herein by Petitioners, which advises and admonishes all persons asserting claims for any and all losses, damages, injuries, deaths, or destruction allegedly as a

result of the occurrences and happenings recited in the Complaint, to file their respective claims with the Clerk, United States District Court for the Middle District of Florida, 2110 First Street, Fort Myers, Florida 33901, on or before **August 31, 2015**, and serve Petitioners' attorneys, Hamilton, Miller & Birthisel, LLP, 100 S. Ashley Drive, Suite 1210, Tampa, FL 33602, a copy thereof, or be defaulted. If any claimant desires to contest Petitioners' right to exoneration from or limitation of liability, Claimant shall file and serve on Petitioners' attorneys an answer to the Complaint, on or before said date, unless the claim included an answer to the Complaint so designated, or be defaulted, be and is hereby **APPROVED.** It is further

**ORDERED AND ADJUDGED** that the aforesaid Notice of Monition, in the form required by Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, shall be published in accordance with Rule F, Supplemental Rules for Certain Admiralty and Maritime Claims and Local Admiralty Rules 7.06 and 7.01, and that Petitioner's Notice of Monition shall stand as if it were issued out of and under the seal of this Court. It is further

**ORDERED AND ADJUDGED** that the commencement or further prosecution of any action or proceeding against Petitioners, the Vessel or any other property for Petitioner with respect to any claims for which Petitioners seek exoneration from or limitation of liability herein, including any claim arising out of or incident to or connected with any loss, damage, injury, death or destruction, more fully described

in the Complaint, be and the same is hereby restrained, stayed, and enjoined until the hearing and determination of this action. It is further

**ORDERED AND ADJUDGED** that the service of this Order as a restraining order may be made by mailing a conformed copy of it to the person or persons to be restrained, or to their respective attorneys, or alternatively, by hand delivery.

**IT IS FINALLY ORDERED AND ADJUDGED** that Petitioners, no later than the second day of publication of the notice ordered herein, shall mail a copy of the notice to every person or entity known to have made a claim against Petitioners or the Vessel arising out of the incident more fully described in the Complaint.

**DONE** and **ORDERED** in Fort Myers, Florida on this 15th day of July, 2015.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record